A91A1337. THE STATE v. MORRIS.
(427 SE2d 315)

POPE, Judge.
This court having entered a judgment in the above-styled case at 202 Ga. App. 344 (414 SE2d 656) (1991) reversing the judgment of the trial court, and the judgment of this court having been reversed on certiorari by the Supreme Court at 262 Ga. 446 (421 SE2d 524) (1992), judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Birdsong, P. J., and Cooper, J., concur.*

DECIDED NOVEMBER 12, 1992.

*Stephen F. Lanier*, District Attorney, *Tambra P. Colston*, Assistant District Attorney, for appellant.
*Kenneth C. Fuller*, for appellee.